# Peter N. Letang

ATTORNEY AT LAW

1716 WAWASET STREET

P.O. BOX 188 • WILMINGTON, DELAWARE 19899

OFFICE (302) 656-7247

FAX (302) 656-8053

MEMBER DE AND TX BARS

March 13, 2008

Office of the Clerk
United States District Court
844 North King Street
Box 18
Wilmington, DE 19801-3570

      **RE:**    **United States v. Chandra Sanassie**
             **08-17 GMS**

To Whom It May Concern:

      Please accept this correspondence as a request that the Court reschedule the plea hearing that is currently scheduled for Wednesday, March 19, 2008 in that I will be on vacation during the week of March 17-March 21.

      I apologize for the lateness of this request, however, I was only made aware of this scheduling on Thursday, March 13, 2008.

      Thank you for your consideration of this request.

             Respectfully submitted,

             Peter N. Letang, Esquire

cc:    Douglas McCann, Esquire

      Chandra Sanassie

/mjw