IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 08-17 GMS |
| | ) |
| CHANDRA SANASSIE | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING HEARING**

IT IS ORDERED that the initial appearance/plea hearing regarding the above-captioned defendant is RESCHEDULED to **Tuesday, March 25, 2008, at 2:00 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **March 25, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

March 17, 2008