IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.08-17 GMS |
| CHANDRA SANASSIE, | : |
| Defendant. | : |

WAIVER OF INDICTMENT

1. Chandra Sanassie, the above named defendant, who is accused of violating 18 U.S.C. § 1349 (conspiracy to commit wire fraud), and 18 U.S.C. § 1957 (illegal monetary transaction), being advised of the nature of the charges and of her rights, hereby knowingly, voluntarily and intelligently waives prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

2. The defendant understands that (a) unless she waives indictment, she could not be charged with these offenses unless the Grand Jury found probable cause to believe she committed the offenses and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three lay persons, and at least twelve of those grand jurors must find probable cause to believe that the defendant committed these offenses before an Indictment could be returned; and (c) by waiving Indictment, the Government will be proceeding by a document written by the United States Attorney and called an Information and the defendant will be prosecuted on that Information, rather than on an Indictment.

3. The defendant has read and reviewed with her counsel the charges in the Information, and is satisfied that her counsel has properly explained the charges and this waiver to him.

4.  No one has made the defendant any promises or threatened or forced the defendant to waive indictment.

_____  
Chandra Sanassie  
Defendant

Date: 3/25/08

_____  
Peter Letang, Esquire  
Counsel for Defendant

FILED  
MAR 2 5 2008  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE