OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 1, 2008

UNITED STATES OF AMERICA

      v.                                  CR 08-017-GMS

CHANDRA SANASSIE

I hereby acknowledge receipt of the following document, in accordance with the Court's Order dated March 25, 2008 (copy attached):

        United States Passport issued to: Chandra Sanassie

        Issuance date: 3/26/2002

        Expiration date: 3/25/2012

April 1, 2008                                       Donna M. Seninger
**DATE**                                                    **DEPUTY CLERK**