IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> CHANDRA SANASSIE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Criminal Action No. 08-17-GMS </br> ) </br> ) </br> ) </br> ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of First Assistant United States Attorney David C. Weiss as attorney of record, in place of Assistant United States Attorney Douglas E. McCann, on behalf of the United States of America in the above-captioned matter.

Dated: April 22, 2008

                                            Respectfully submitted,

                                            COLM F. CONNOLLY </br>
                                            United States Attorney

                                            /s/ David C. Weiss </br>
                                          David C. Weiss (Delaware I.D. No. 2322) </br>
                                          First Assistant United States Attorney </br>
                                          1007 N. Orange Street, Suite 700 </br>
                                          P.O. Box 2046 </br>
                                          Wilmington, Delaware 19899-2046 </br>
                                          (302) 573-6277, ext. 124 </br>
                                          (302) 573-6220 (fax)