IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-17-GMS |
| ) | |
| CHANDRA SANASSIE, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that copies of the **ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL** (D.I. 13) were served this 22nd day of April 2008 on the following counsel in the manner indicated:

BY FIRST CLASS MAIL
Peter N. Letang, Esquire
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188


/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899