IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 08-17 GMS |
| | ) |
| CHANDRA SANASSIE | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington, this 9th day of June, 2008,

The defendant having plead guilty, IT IS HEREBY ORDERED that:

Sentencing in this matter is RESCHEDULED to **Wednesday, July 2, 2008, at 2:15 p.m.**

IT IS FURTHER ORDERED that the foregoing schedule may only be modified with the permission of the Court and for good cause shown.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE