IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 08-17 GMS |
| | ) |
| CHANDRA SANASSIE | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING SENTENCING HEARING**

IT IS ORDERED that the sentencing hearing regarding the above-captioned defendant is RESCHEDULED to **Wednesday, July 16, 2008, at 2:15 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, Courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

June 16, 2008