

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No.: 08-17 GMS |
| ) | |
| CHANDRA SANASSIE, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE

Pursuant to Rule 32 of the Federal Rules of Criminal Procedure, counsel for Defendant Chandra Sanassie, hereby moves the Court to enter and Order continuing the sentencing of July 16, 2008. In support of her motion, Defendant states as follows:

1.  On July 8, 2008, following a Pancreatic Biopsy, it was found that Counsel for Defendant Sanassie had a malignant tumor on the pancreas which would require further prompt medical attention.

2.  It was determined that Counsel would undergo surgery to remove the tumor on or about July 14, 2008.

3.  Counsel was advised by medical personnel that recovery would take approximately five to seven days.

4.  Defendant Sanassie is scheduled for sentencing before the Honorable Gregory M. Sleet July 16, 2008.

6.  Rule 32 (b)(2) states: "The Court may, for good cause, change any time limits prescribed in this rule."


FILED
JUL 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

7.  The Government, by and through Assistant United States Attorney David Weiss, has indicated that it has no opposition to this motion.

WHEREFORE Counsel for Defendant Sanassie respectfully requests the Court enter an Order continuing the sentencing until after Counsel's medical issues have been addressed.

_____
PETER N. LETANG, ESQUIRE
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
(302) 656-7247
Attorney for Defendant

Dated: July _____, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No.: 08-17 GMS |
| ) | |
| CHANDRA SANASSIE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, having considered the foregoing Motion to Continue Sentencing Date, and there being no opposition thereto, IT IS HEREBY ORDERED that sentencing is continued to _____, 2008

_____
JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 08-17 GMS |
| | ) | |
| CHANDRA SANASSIE, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, PETER N. LETANG, ESQUIRE, Attorney for Defendant, do hereby CERTIFY that I have caused two (2) copies of the foregoing Motion to Continue Sentencing Date to be served by hand delivery upon the following:

David Weiss, Esquire
Assistant United States Attorney
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Walter Matthews
Senior U.S. Probation Officer
824 Market Street
Suite 400
Wilmington, DE 19801
(302) 252-2950

_____
PETER N. LETANG, ESQUIRE
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
Attorney for Defendant
(302) 656-7247

Dated: July _____, 2008