IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No.: 08-17 GMS |
| | ) |
| CHANDRA SANASSIE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, having considered the foregoing Motion to Continue Sentencing Date, and there being no opposition thereto, IT IS HEREBY ORDERED that sentencing is continued to July 31, 2008 @ 4:15 pm

_____
JUDGE

FILED
JUL 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE